## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF ARKANSAS
### FAYETTEVILLE DIVISION

A. CAMP EQUIPMENT, LLC,     )
                             )
     Plaintiff,            )
                             )
v.                          )
                             )
LYNDON PROPERTY        )
INSURANCE COMPANY,    )
                             )    **CIVIL ACTION NO.  07-5209**
     Defendant/Third-Party Plaintiff,  )
                             )
v.                          )
                             )
4 STATE ASPHALT & SEALING, LLC, )
                             )
     Third-Party Defendant.    )

### ORDER OF DISMISSAL WITH PREJUDICE

Now on this the _18_ day of November, 2008, comes before the Court the above-referenced matter on the Joint Stipulation of Dismissal with Prejudice filed herein by the parties and from the Joint Stipulation of Dismissal with Prejudice and all matters brought before the court, the court does find that the complaint filed by the plaintiff A. Camp Equipment, LLC against the defendant Lyndon Property Insurance Company should be and hereby is dismissed with prejudice; that the third-party complaint filed by Lyndon Property Insurance Company against the third-party defendant 4 State Asphalt & Sealing, LLC should be and hereby is dismissed with prejudice. Each party shall bear its own respective costs, expenses and attorneys fees.  It is the specific intention of the parties in their Joint Stipulation of Dismissal with Prejudice that all rights and causes of action which A. Camp Equipment, LLC may have against 4 State Asphalt & Sealing, LLC, claims not addressed in this matter, are preserved and are not effected by this order.

                         HONORABLE JIMM LARRY HENDREN,
                         UNITED STATES DISTRICT COURT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

**NOV 1 8 2008**

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

01714209.1
4833-2801-3315.1

APPROVED AS TO FORM AND CONTENT

_____
RUSSELL C. ATCHLEY, ATTORNEY FOR
PLAINTIFF, A. CAMP EQUIPMENT, LLC

_____
WILL SMITH, ATTORNEY FOR
DEFENDANT/THIRD-PARTY PLAINTIFF,
LYNDON PROPERTY INSURANCE COMPANY


_____
CURT NEBBEN, ATTORNEY FOR THIRD-PARTY
DEFENDANT, 4 STATE ASPHALT & SEALING, LLC

2

01714209.1
4833-2801-3315.1

APPROVED AS TO FORM AND CONTENT

_____
RUSSELL C. ATCHLEY, ATTORNEY FOR
PLAINTIFF, A. CAMP EQUIPMENT, LLC


_____
WILL SMITH, ATTORNEY FOR
DEFENDANT/THIRD-PARTY PLAINTIFF,
LYNDON PROPERTY INSURANCE COMPANY

_____
CURT NEBBEN, ATTORNEY FOR THIRD-PARTY
DEFENDANT, 4 STATE ASPHALT & SEALING, LLC

2